IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
DISTRICT COURT

12 JUN 03 PM 3: 16

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| STATE OF UTAH; UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION; and UTAH ASSOCIATION OF COUNTIES,<br><br>    Plaintiffs,<br><br>vs.<br><br>GALE NORTON, in her official capacity as SECRETARY OF THE INTERIOR; *et al.*,<br><br>    Defendants. | **ORDER**<br><br>Case No. 2:96CV0870  DB |

    Before the Court are two motions to intervene. The first was filed by Southern Utah Wilderness Alliance, The Wilderness Society, New Mexico Wilderness Alliance, Arizona Wilderness Coalition, Friends of Nevada Wilderness, and the Colorado Environmental Coalition. The second was filed by Natural Resources Defense Council, Biodiversity Conservation Alliance, California Wilderness Coalition and the Idaho Conservation League. Neither plaintiff nor defendant opposes either motion.

    Having reviewed the parties' briefs as well as the applicable law the Court finds that proposed interveners are entitled to intervene as a matter of right for all of the reasons set forth in interveners' briefs. Therefore, the Court finds that both motions should be GRANTED. IT IS SO ORDERED.

DATED this 12TH day of June, 2003.

Dee Benson
United States District Judge

208

ce

United States District Court
for the
District of Utah
June 13, 2003


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:96-cv-00870



True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:


    Mr. Glen E. Davies, Esq.
    PARSONS KINGHORN PETERS
    111 E BROADWAY 11TH FL
    SALT LAKE CITY, UT  84111
    JFAX 9,3634378

    Mr. Stephen J. Sorenson, Esq.
    US ATTORNEY'S OFFICE
    ,   84111
    EMAIL

    Gary B. Randall, Esq.
    US DEPARTMENT OF JUSTICE
    ENVIRONMENTAL & NATURAL RESOURCES DIV
    PO BOX 663
    WASHINGTON, DC  20044-0663

    Mr. Ronald W Thompson, Esq.
    THOMPSON AWERKAMP & URQUHART LC
    37 W 1070 S STE 102
    ST GEORGE, UT  84770
    JFAX 8,435,6731444

    Constance E. Brooks, Esq.
    CE BROOKS & ASSOCIATES
    999 18TH ST STE 1605
    DENVER, CO  80202
    EMAIL

    Mr. John W Andrews, Esq.
    675 E 500 S STE 500
    SALT LAKE CITY, UT  84102
    EMAIL

    Mr. J. Mark Ward, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    1594 W NORTH TEMPLE STE 300
    SALT LAKE CITY, UT  84116
    JFAX 9,5387440

Heidi J. McIntosh, Esq.  
SOUTHERN UTAH WILDERNESS ALLIANCE  
1471 S 1100 E  
SALT LAKE CITY, UT  84105  
JFAX 9,4864233  

Robert Baxter Wiygul, Esq.  
EARTHJUSTICE LEGAL DEFENSE FUND  
1631 GLENARM PL STE 300  
DENVER, CO  80202  
JFAX 8,303,6238083  

James S. Angell, Esq.  
EARTHJUSTICE LEGAL DEFENSE FUND  
1631 GLENARM PL STE 300  
DENVER, CO  80202