CONSTANCE E. BROOKS
MICHAEL MARINOVICH
C. E. Brooks & Associates P.C.
999 18TH Street, Suite 1605
Denver, CO 80202
(303) 297-9100

J. MARK WARD #4436
Asst. Attorney General
MARK SHURTLEFF #4666
Attorney General for the State of Utah
5110 State Office Building
Salt Lake City, UT 84114
(801) 538-9527

JOHN W. ANDREWS #4724
Special Asst. Attorney General
for the Utah School and Institutional
Trust Lands Administration
675 E. 500 S., Suite 500
Salt Lake City, UT 84102
(801) 538-5100

Attorneys for Plaintiffs

PAUL M. WARNER #03389
United States Attorney
JEFFREY E. NELSON #02386
1st Assistant U.S. Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
(801) 524-5682

KELLY A. JOHNSON
Acting Assistant Attorney General
GARY B. RANDALL
Envt. & Natural Resources Div.
U.S. Department of Justice
601 D Street, NW, Rm 3128
Washington, D.C., 20004
(202) 305-0444

Attorneys for Defendants

FILED
U.S. DISTRICT COURT
2005 SEP -9 P 4: 04
DISTRICT OF UTAH
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| STATE OF UTAH, et al., | 2:96CV0870 B |
|---|---|
| Plaintiffs, | **UNOPPOSED JOINT MOTION OF THE UTAH PLAINTIFFS AND FEDERAL DEFENDANTS TO STAY BRIEFING AND FOR A STATUS CONFERENCE TO CONSIDER THEIR RULE 41(a)(2) MOTION TO DISMISS PURSUANT TO MODIFIED SETTLEMENT AGREEMENT** |
| vs. | |
| GALE NORTON, in her official capacity as SECRETARY OF THE INTERIOR, et al., | |
| Defendants. and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, et al., | Hon. Dee V. Benson |
| Defendant-Intervenors | |

Plaintiffs, State of Utah, Utah School and Institutional Trust Lands Administration, and Utah Association of Counties (the "Utah Plaintiffs"), and the Federal Defendants hereby jointly request that this Court stay briefing and schedule a telephonic status conference to consider their Fed. R. Civ. P. 41(a)(2) motion to dismiss the Utah Plaintiffs' third amended and supplemented complaint pursuant to the modified settlement filed herewith, and to address whether the objections and claims raised by the Defendant-Intervenors, Southern Utah Wilderness Alliance *et al.* ("SUWA") are either mooted or rendered stale by the agreed upon modifications. Counsel for SUWA do not oppose this motion. This request is supported by good cause as set forth below:

1. The Court's April 14, 2003 Dismissal Order approving the Settlement Agreement incorporated its terms and retained jurisdiction over its enforcement, including the stipulation that the Bureau of Land Management ("BLM") will not establish, manage, or otherwise classify public lands, other than the Wilderness Study Areas ("WSAs") established pursuant to the Federal Land and Policy Act ("FLPMA") Section 603 wilderness review, as WSAs.

2. At the hearing on August 8, 2005, this Court vacated the Dismissal Order pending the conclusion of district court proceedings but left the underlying settlement intact. This Court also expressed concerns that continuing jurisdiction and enforcement as to future executive branch administrations would violate separation of powers principles, Hearing Transcript, pp. 17, 29, 40.

3. On August 18, 2005, the settling parties requested an unopposed extension of time to file responsive briefs to SUWA's dispositive motions from August 22, 2005 until September 9, 2005. The issues raised by the Court needed to be discussed with the respective clients, including whether some of the issues may drop out.

4.　　As a result of these discussions, Plaintiffs and Defendants have revised the settlement agreement and jointly move the Court to dismiss Plaintiffs' Third Amended and Supplemented Complaint. The revised executory settlement and proposed dismissal order remove the provisions for continuing jurisdiction from the settlement terms, and thus, the constitutional concerns raised by the Court are no longer implicated.

5.　　The modified executory settlement attached to the joint motion to dismiss now before the Court also disposes of SUWA's objection as to whether the consent decree unconstitutionally binds future administrations to a particular interpretation of FLPMA. Petition for Review 46-52.

6.　　A status conference, therefore, is requested for the Court to consider the Rule 41(a)(2) motion to dismiss, and to allow SUWA the opportunity to withdraw, revise, and/or supplement its objections based on the revision to the settlement. It would be a waste of judicial resources to continue briefing a superseded settlement, especially when the changes address both the Court's concerns and SUWA's objections. The Plaintiffs and Defendants request that the status conference be held telephonically.

WHEREFORE, the Utah Plaintiffs and Federal Defendants respectfully ask that the Court stay briefing and schedule a status conference to consider their Fed. R. Civ. P. 41(a)(2) motion to dismiss the Utah Plaintiffs' third amended complaint pursuant to the modified settlement, and to address SUWA objections and claims either mooted or rendered stale by the agreed upon modifications.

Respectfully submitted this 9th day of September, 2005.

*/s/ Constance E. Brooks*

Constance E. Brooks
CONSTANCE E. BROOKS
MICHAEL B. MARINOVICH
C. E. Brooks & Associates, P.C.
999 18th Street, Suite 1605
Denver, CO 80202
(303) 297-9100

J. MARK WARD  #4436
Asst. Attorney General
MARK SHURTLEFF  #4666
Attorney General for the State of Utah
1594 West North Temple, #300
Salt Lake City, UT 84116
(801) 538-7227

JOHN W. ANDREWS  #4724
Special Asst. Attorney General
for the Utah School and Institutional Trust
Lands Administration
675 E. 500 S, Suite 500
Salt Lake City, UT 84102
(801) 538-5100

Attorneys for Utah Plaintiffs

*/s/ Paul M. Warner*

PAUL M. WARNER  #03389
United States Attorney
JEFFREY NELSON  #02386
Assistant U.S. Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1507
(801) 524-5682

GARY B. RANDALL
Envt. & Natural Resources Div.
U.S. Department of Justice
601 D Street, NW, Rm 3128
Washington, D.C., 20004
(202) 305-0444

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that copies of the Utah Plaintiffs and Federal Defendants' Joint Motion for a Status Conference and Proposed Order were served on the following parties by depositing them in the U.S. mail, postage prepaid on this 9th day of September 2005.

Attorneys for Federal Defendants:

Gary B. Randall
Envt. & Natural Resources Division
General Litigation Section
U.S. DEPARTMENT OF JUSTICE
601 D Street. NW, Rm 3102
Washington D.C. 20004
(202) 305-0444

Paul M. Warner
U.S. ATTORNEY
Jeffrey E. Nelson
Asst. U.S. Attorney
185 South State Street, Suite 400
Salt Lake City, UT 84111-1507

Attorneys for Defendant-Intervenors:

James S. Angell
Edward B. Zukowski
Eric Biber
EARTHJUSTICE
1400 Glenarm Place, Ste 300
Denver, CO 80202

Heidi J. McIntosh
Stephen H.M. Bloch
SOUTHERN UTAH WILDERNESS ALLIANCE
1471 South 1100 East
Salt Lake City, UT 84105

_____
Constance E. Brooks